United States District Court
District of Massachusetts

```
                                    )
Marcelo Antonio Nolasco Lopez,      )
                                    )
         Petitioner,                )
                                    )
         v.                         )    Civil Action No.
                                    )    26-12526-NMG
Antone Moniz, et al.,               )
                                    )
         Respondents.               )
                                    )
```

### ORDER

GORTON, J.

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Marcelo Antonio Nolasco Lopez ("petitioner" or "Nolasco Lopez"). He contends that Antone Moniz and other named respondents ("respondents") have subjected him to mandatory detention despite his claim that he is entitled to procedures under 18. U.S.C. §1226(a).

For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that Nolasco Lopez is to be released unless he is afforded a bond hearing that complies

-1-

with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.


**So ordered.**


Nathaniel M. Gorton
Senior United States District Judge


Dated: June 9 , 2026

-2-